**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Anthony Dwayne ANDERSON,
Defendant–Appellant.**

**No. 91–50113.**

United States Court of Appeals,
Ninth Circuit.

April 22, 1993.

Before POOLE, WIGGINS and LEAVY, Circuit Judges.

---

**1164**

## ORDER

The opinion filed July 13, 1992 and appearing at 970 F.2d 602 (9th Cir.1992) is amended as follows:

1. The second complete sentence on page 607, beginning "The government agreed to a stipulation ..." is stricken, and replaced with "The government entered into a specific agreement to charge "a quantity of cocaine (less than five kilos)." In Anderson's view, this amounted to a stipulation as to the maximum quantity of drugs he distributed."

2. The text of footnote 8, 970 F.2d at 608 n. 8, beginning "While the Parole Commission ...", is stricken from the opinion.

With these amendments, the panel has voted unanimously to deny the petition for rehearing.

The petition for rehearing is DENIED.